1  JAMES L. PAGANO, ESQ. (Cal. State Bar No. 098185)
   IAN A. KASS, ESQ. (Cal. State Bar No. 184480)
2  PAGANO & KASS, APC
   96 North Third Street, Suite 525
3  San Jose, California 95112
   Telephone:  (408) 999-5678
4  Facsimile:  (408) 999-5684

5  Attorneys for Plaintiffs, IAN MCCRAY,
   an individual, on behalf of himself, and on
6  behalf of all other persons similarly situated

7  **IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF**

8  **CALIFORNIA**

9  **[San Jose Division]**

10 IAN MCCRAY, an individual, on behalf of        Case No.     16-cv-01233-HRL
   himself, and on behalf of all other persons
11 similarly situated,                             PROOF OF SERVICE

12         Plaintiffs,

13 v.

14 UNITE HERE!, LOCAL 19,

15         Defendant.
   _____/
16

17

18

19

20

21

22

23

24

25

26

27

28
   Proof of Service                                                                       1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:16-cv-01233 HRL

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Unite Here! Local 19__
was received by me on *(date)* __3/17/16__

☒ I personally served the summons on the individual at *(place)* __2302 Zanker Rd, 2nd FL.
San Jose, CA 95131__ on *(date)* __3/18/16__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Ana Reyes-Office Manager__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Unite Here!
Local 19__ on *(date)* __3/18/16@11AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 110.00 ~~XXX~~

I declare under penalty of perjury that this information is true.

Date: __3/18/16__

*Server's signature*

__Ken Edick, Server__
*Printed name and title*

PO Box 446, Morgan Hill, CA
95038
Telephone #: 408/298-1937
*Server's address*

Additional information regarding attempted service, etc:

Ian McCray, an individual, on behalf of himself,
on behalf of all other persons similarly situated, Plaintiffs,
v. Unite Here! Local 19, Defendant
Case No.: 5:16-cv-01233

LIST OF DOCUMENTS SERVED:

1. Summons in a Civil Action

2. Complaint for Declaratory Relief and Damages re Violations of Labor Management Reporting Disclosure Act; Labor Management Relations Act; Breach of the Duty of Fair Representations; Breach of Fiduciary Duty; Conspiracy; and Injunctive Relief

3. Order Setting Initial Case Management Conference and ADR Deadlines

4. Standing Order Regarding Case Management in Civil Cases

5. Standing Order re: Settlement Conference Procedures

6. Standing Order Re: Pre-Trial Preparation

7. Standing Order for All Judges of The Northern District of California — Contents of Joint Case Management Statement

8. Standing Order re: Initial Case Management

9. Standing Order Re: Civil Discovery Disputes

10. Consent or Declination to Magistrate Judge Jurisdiction