```
DAVIS, COWELL & BOWE, LLP
Richard McCracken, SBN 65058
       rmccracken@dcbsf.com
Paul L. More, SBN 228589
       pmore@dcbsf.com
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:   (415) 597-7200
Fax:   (415) 597-7201
```

*Attorneys for UNITE HERE LOCAL 19*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Jose Division)

| | |
|---|---|
| IAN MCCRAY, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITE HERE LOCAL 19,<br><br>　　　　　Defendants. | Case No: 5:16-cv-01233 − BLF<br><br>**STIPULATION AND [proposed] ORDER CONTINUING HEARING ON DEFENDANT UNITE HERE LOCAL 19's MOTION TO DISMISS**<br><br>**[Civil L.R. 6-1(a), Civil L.R. 7-7(b)(1)]**<br><br>Date:　Thursday, August 18, 2016<br>Time:　9:00 a.m.<br>Court:　Courtroom 3−5th Floor<br><br>Assigned to:　Hon. Beth Labson Freeman<br><br>Complaint Filed: March 11, 2016 |

　　　Plaintiff Ian McCray and Defendant UNITE HERE Local 19 hereby stipulate and request that the Court continue the hearing on Defendant Local 19's Motion to Dismiss (Doc. 7) from Thursday, August 11, 2016 to Thursday, August 18, 2016 at 9:00 a.m. in Courtroom 3, 5th Floor, 80 South 1st Street, San Jose, California.

1  Defendant Local 19 filed its Motion to Dismiss on April 8, 2016 (Doc. 7). The case was
2  reassigned to Judge Freeman on April 11, 2016 (Doc. 11), and after reassignment, the Court re-
3  set the hearing date on Defendant Local 19's Motion to Dismiss to August 11, 2016 (Doc. 15).
4  On April 26, 2016, Plaintiff McCray filed an opposition to the Motion to Dismiss (Doc. 16);
5  Local 19 filed a reply to the opposition on May 3, 2016 (Doc.19).
6  The parties have stipulated to continue the hearing date from Thursday, August 11, 2016
7  to Thursday, August 18, 2016 because the undersigned counsel for Defendant Local 19 has a
8  pre-planned family vacation scheduled for August 1 to August 14, 2016. The parties have not
9  previously stipulated to continue the hearing date on this motion.
10 The parties understand that all other dates set in the scheduling order for this case will
11 remain as previously scheduled and are not affected by this stipulation.

Dated: May 24, 2016                             Respectfully Submitted,

                                                DAVIS, COWELL & BOWE, LLP

                                                *I attest that concurrence in the filing of this document has been given by each of the other signatories indicated by a /s/.*

                                        By:     **/s/ Paul L. More**
                                                Paul L. More

                                                Attorneys for Defendant
                                                *UNITE HERE LOCAL 19*

Dated: May 24, 2016                             Respectfully submitted,

                                                PAGANO & KASS, APC

                                        By:     **/s/ James L. Pagano**
                                                James L. Pagano

                                                Attorneys for Plaintiff IAN McCRAY

2

**STIPULATION TO CONTINUE HEARING**                    Case No.  5:16-cv-01233-BLF

**[proposed] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the hearing on Defendant UNITE HERE Local 19's Motion to Dismiss (Doc. 7) is continued from Thursday, August 11, 2016 to Thursday, August 18, 2016 at 9:00 a.m. in Courtroom 3, 5th Floor, 80 South 1st Street, San Jose, California.

Dated: May 25, 2016

_____
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE